AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT SCOTT
LINDA CASORIA-SCOTT

V.

UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:05 CV02043 ESA

TO: (Name and address of Defendant)

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA
555 4TH STREET NW
WASHINGTON, DISTRICT OF COLUMBIA 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT SCOTT,
LINDA CASORIA-SCOTT
1796 AUGUSTA DRIVE WEST,
MOBILE, AL. 36695
251-639-0807

an answer to the complaint which is served on you with this summons, within **SIXTY (60)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK                                                                 DATE

*Jackie Frens*

(By) DEPUTY CLERK

RECEIVED

OCT 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1820 0006 3357 6566

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.11 .

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Robert Scott_     12/11/05
Robert Scott         Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
NOV 3 0 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   KENNETH L. WAINSTEIN
   UNITED STATES ATTORNEY
   DISTRICT OF COLUMBIA
   555 4TH STREET NW     20530
   WASHINGTON, DISTRICT OF COLUMBIA

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0006 3357 6966

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530    OFFICIAL USE

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.11 |

Postmark Here: 0526 10, 11/21/2005

7005 1820 0006 3357 6966

Sent To: KENNETH L. WAINSTEIN UNITED STATES ATTORNEY
Street, Apt. No. or PO Box No.: DISTRICT OF COLUMBIA 555 4TH ST. NW
City, State, ZIP+4: WASHINGTON, DISTRICT OF COLUMBIA 20530

PS Form 3800, June 2002    See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

ROBERT SCOTT
LINDA CASORIA-SCOTT

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES

CASE NUMBER: 1:05 CV02043 ESH

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
ALBERTO GONZALES
UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE
WASHINGTON, DISTRICT OF COLUMBIA 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT SCOTT
LINDA CASORIA-SCOTT
1796 AUGUSTA DRIVE WEST,
MOBILE, AL. 36695
251-639-0807

an answer to the complaint which is served on you with this summons, within   SIXTY (60)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK                                               DATE

*Jackie Frances*

(By) DEPUTY CLERK

RECEIVED
OCT 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1820 0006 3357 6559 .

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.11 .

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Robert Scott_             12/11/05
Robert Scott              Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

   ALBERTO GONZALES
   UNITED STATES ATTORNEY GENERAL
   950 PENNSYLVANIA AVENUE
   WASHINGTON, DISTRICT OF COLUMBIA
   20530

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0006 3357 6559

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.11 |

Postmark: 0526 10, 11/21/2005

Sent To: ALBERTO GONZALES U.S. ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVE.
City, State, ZIP+4: WASHINGTON, D.C. 20530

7005 1820 0006 3357 6559

PS Form 3800, June 2002    See Reverse for Instructions