# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ROBERT SCOTT**, *et al*.,

                    **Plaintiffs,**

            **v.**                                     **Civil Action No.  05-2043 (ESH)**

**UNITED STATES,**

                    **Defendant.**

## ORDER

The Court is in receipt of plaintiff's Motion for Request for Leave to Amend Complaint, wherein plaintiffs seek to amend their complaint to raise claims seeking tort damages.  The Court wishes the government to respond on or before January 26, 2006 to plaintiff's motion, including the issue of whether venue is proper in this jurisdiction.


                    s/
          _____
          ELLEN SEGAL HUVELLE
          United States District Judge