## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SCOTT & <br> LINDA CASORIA-SCOTT <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-02043 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: January 30, 2006.

                                                Respectfully submitted,

                                                /s/ Jennifer L. Vozne <br>
                                                JENNIFER L. VOZNE <br>
                                                Trial Attorney, Tax Division <br>
                                                U.S. Department of Justice <br>
                                                P.O. Box 227 <br>
                                                Ben Franklin Station <br>
                                                Washington, DC 20044 <br>
                                                Phone/Fax: (202) 307-6555/514-6866 <br>
                                                Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL: <br>
KENNETH L. WAINSTEIN <br>
United States Attorney

1523313.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing ENTRY OF APPEARANCE was served upon the following individuals on January 30, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Robert Scott & Linda Casoria-Scott
>1796 Augusta Drive West
>Mobile, AL 36695

>_____/s/ Jennifer L. Vozne____
>JENNIFER L. VOZNE

1523313.1