# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SCOTT & <br> LINDA CASORIA-SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-02043 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES' RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT

The United States does not object to plaintiffs' motion to amend their complaint. As plaintiffs correctly state, under Fed. R. Civ. P. 15(a), they have a right to amend their complaint at any time before a responsive pleading is served. In this case, the United States' response to plaintiffs' complaint was not due until January 30, 2006, and thus, the United States had not yet responded to plaintiffs' complaint when they filed their motion to amend.[1]

//

//

---

[1] On January 17, 2006, the Court ordered the United States to respond to plaintiffs' motion by January 26, 2006. Unfortunately, the United States did not get notice of the Court's order because it had not yet made an appearance in the case.

1523174.1

DATED: January 17, 2006.

                Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone/Fax: (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

# **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT were served upon the following individuals on January 30, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Robert Scott & Linda Casoria-Scott
>1796 Augusta Drive West
>Mobile, AL 36695

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1523174.1