# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SCOTT & <br> LINDA CASORIA-SCOTT <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-02043 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, supporting MEMORANDUM, DECLARATION OF JENNIFER L. VOZNE, and proposed ORDER were served upon the following individuals on January 30, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Robert Scott & Linda Casoria-Scott
>1796 Augusta Drive West
>Mobile, AL 36695

   /s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1505712.1