IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SCOTT & <br> LINDA CASORIA-SCOTT, <br>     Plaintiffs, <br> v. <br> UNITED STATES, <br>     Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-02043 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are substantially identical to that filed in this matter:

1. Edward J. Armbruster III v. United States, Civil No. 1:05-2375

2. Jeffrey Bean v. United States, Civil No. 1:05-2145

3. Hamlet C. Bennett v. United States, Civil No. 1:05-2297

4. Matthew Brandt v. United States, Civil No. 1:05-1613

5. Paul Broward v. United States, Civil No. 1:05-01774

6. John Burton v. United States, Civil No. 1:05-2121

7. Carol Cooper v. United States, Civil No. 1:05-1192

8. Richard M. Donnally v. United States, Civil No. 1:05-2049

9. Joseph A. & Elizabeth J. Gaines v. United States, Civil No. 1:05-2326

10. Lee F. Garvin v. United States, Civil No. 1:05-01775

11. Brent & Rhonda Gross, Civil No. 1:05-1818

12. Kevin Haydel v. United States, Civil No. 1:05-2405

13. Kenneth G. & Mary C. Heath, Civil No. 1:05-2332

14. William Henry, Jr. v. United States, Civil No. 1:05-2084

15. Grant & Ethel Holyoak v. United States, Civil No. 1:05-1829

16. Lavern Koerner v. United States, Civil No. 1:05-1600

17. William M. Kramer v. United States, Civil No. 1:05-1659

18. Stephen J. & Patricia Lindsey v. United States, Civil No. 1:05-1761

19. Wallace Lohmann v. United States, Civil No. 1:05-1976

20. Gregory Martens v. United States, Civil No. 1:05-1805

21. William R. Masterson v. United States, Civil No. 1:05-1807

22. Richard & Wilma Metsker v. United States, Civil No. 1:05-2457

23. James O'Connor v. United States, Civil No. 1:05-2075

24. Lawrence Otto v. United States, Civil No. 1:05-2319

25. Amelia Petersheim v. United States, Civil No. 1:05-1815

26. George & Claudia Pragovich v. United States, Civil No. 1:05-2222

27. Charles Radcliffe v. United States, Civil No. 1:05-1624

28. Ronald N. Romanshko v. United States, Civil No. 1:05-2239

29. Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656

30. Rudolph & Glenda Luscher v. United States, Civil No. 1:05-01987

31. Sandra Shoemaker v. United States, Civil No. 1:05-1736

32. Daniel T. & Mary G. Smith v. United States, Civil No. 1:05-2069

33. David & Debra Stinecipher v. United States, Civil No. 1:05-2434

34. Bruce & Elise Travis v. United States, Civil No. 1:05-1867

35. Daniel & Donna Turner v. United States, Civil No. 1:05-1716

36. Gregg & Regina Whitefield v. United States, Civil No. 1:05-1961

37. Stacy N. Davenport v. United States, Civil No. 1:05-02488

38. Carl Roger Davis v. United States, Civil No. 1:05-02474

39. Ricky A. Erwin v. United States, Civil No. 1:05-00415

40. Donald Harris v. United States, Civil No. 1:05-0956

41. Maurita Martin v. United States, Civil No. 1:05-02506

42. Verda Nye v. United States, Civil No. 1:05-02486

43. Dennis Rose v. United States, Civil No. 1:05-01896

//

//

//

//

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED: January 30, 2006.

                          Respectfully submitted,

                          /s/ Jennifer L. Vozne
                          JENNIFER L. VOZNE
                          Trial Attorney, Tax Division
                          U.S. Department of Justice
                          P.O. Box 227
                          Ben Franklin Station
                          Washington, DC 20044
                          Phone/Fax: (202) 307-6555/514-6866
                          Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF RELATED CASES was served upon the following individuals on January 30, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Robert Scott & Linda Casoria-Scott
>1796 Augusta Drive West
>Mobile, AL 36695

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1505712.1