IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT SCOTT & <br> LINDA CASORIA-SCOTT | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No. 1:05-cv-02043 (ESH) |
| v. | ) <br> ) | |
| UNITED STATES, | ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael J. Salem as counsel for the United States of America in the above-captioned proceeding.

DATED: January 30, 2006.

                                                 Respectfully submitted,

                                                 /s/ Michael J. Salem
                                                 MICHAEL J. SALEM
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 Post Office Box 227
                                                 Ben Franklin Station
                                                 Washington, DC 20044
                                                 Phone/Fax: (202) 307-6438/514-6866

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2288767.1

CERTIFICATE OF SERVICE

      IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individuals on March 7, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>    ROBERT SCOTT
>    LINDA CASORIA-SCOTT
>    Plaintiffs *pro se*
>    1796 Augusta Drive West
>    Mobile, AL 36695

>    /s/ Michael J. Salem
>    MICHAEL J. SALEM

2288767.1