IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT SCOTT & <br> LINDA CASORIA-SCOTT | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No. 1:05-cv-02043 (ESH) |
| v. | ) <br> ) | |
| UNITED STATES, | ) <br> ) | |
| Defendant. | ) | |

**ORDER DENYING RECONSIDERATION**

Having considered plaintiffs' motion for reconsideration under Fed. R. Civ. P. 60(b)(3) & (6), together with the reasons in support thereof, and having further considered the United States' opposition thereto, the Court concludes that the motion ought to be denied.  Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that plaintiffs' motion for reconsideration under Fed. R. Civ. P. 60(b)(3) & (6) be and is DENIED, and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

2300214.1

COPIES TO:

| | |
|---|---|
| ROBERT SCOTT | MICHAEL J. SALEM |
| LINDA CASORIA-SCOTT | Trial Attorney, Tax Division |
| Plaintiffs *pro se* | U.S. Department of Justice |
| 1796 Augusta Drive West | Post Office Box 227 |
| Mobile, AL  36695 | Washington, DC  20044 |

2300214.1

CERTIFICATE OF SERVICE

     IT IS CERTIFIED that the foregoing United States' proposed ORDER DENYING RECONSIDERATION was caused to be served upon plaintiffs *pro se* on the 13th day of March, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> ROBERT SCOTT
> LINDA CASORIA-SCOTT
> Plaintiffs *pro se*
> 1796 Augusta Drive West
> Mobile, AL  36695.

> /s/ Michael J. Salem
> MICHAEL J. SALEM