# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Robert Scott
Linda Casoria-Scott
        Plaintiff(s),

v.

United States
        Defendant.

Case No. 1:05-cv-02043 (ESH)

MOTION TO RECONSIDER

**RECEIVED**

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff(s), Robert Scott Linda Casoria-Scott request(s) the Court to reconsider its decision dated April 13, 2007, pursuant to FRCP Rule 60(b)(6) and in support thereof shows the court as follows.

1. Plaintiff are not schooled in law and are entitled to less stringent consideration.

2. Plaintiffs' case was dismissed on February 27, 2006.

3. Plaintiffs' filed a motion for relief from judgement on March 12, 2007. 12 days late.

4. This court has on many occasions allowed defendant to file an answer to several complaints as much as 30 days after the date set certain for an answer. In many cases the court allowed a motion to set aside the entry of default and a motion to dismiss citing that the tardy response did not unduly prejudice the plaintiff.

5. The Court made no finding that the defendant was unduly prejudiced by the plaintiffs' being a few days late in their filing.

6. Plaintiffs being unschooled in law struggled with their lack of understand of the law and how to research it to find the information contained in plaintiffs' Motion for rleief from judgement.

Robert Scott v. United States.    page 1 of 2 pages    Motion for Entry of Judgement

7.  Plaintiffs tardiness was due to inadvertence and misunderstanding of the filing requirements.

Wherefore, in the interest of justice and fair play plaintiffs' request the Court to grant the plaintiffs' unopposed motion and reinstate plaintiffs' case.

Dated 4/30/____, 2007

_____          _____
Robert Scott                                      Linda Casoria-Scott