UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT SCOTT, *et al.*,

                **Plaintiffs**,

v.                                                                        Civil Action No. 05-02043 (ESH)

UNITED STATES,

                **Defendant**.

## ORDER

Contrary to plaintiffs' representation, the Court's April 2007 order denied plaintiffs' Rule 60(b)(6) motion for reconsideration on the merits, not because the motion was untimely. Plaintiffs' Rule 60(b)(3) motion was denied as untimely, and the Court had no discretion to do otherwise. *See Wilburn v. Robinson*, 480 F.3d 1140, 1144 (D.C. Cir. 2007) ("[A] district court may not extend the time for filing a Rule 60(b) motion."); *id.* at 1144 n.6 ("Under [Federal Rule of Civil Procedure 6(b)], the district court 'may not extend the time for taking any action under Rule . . . 60(b), except to the extent and under the conditions stated in [the Rule].' Rule 60(b) does not include conditions permitting a district court to grant an extension of time." (citation omitted) (last alteration in original) (quoting Fed. R. Civ. P. 6(b))). Accordingly, plaintiffs' arguments that they are unschooled in the law, that defendant has received extensions in the past, and that defendant would not be prejudiced if the Court granted plaintiffs an extension are irrelevant. For these reasons, plaintiffs' motion for reconsideration [Dkt. 20] is **DENIED**.

                                                                                    s/
                                                          ELLEN SEGAL HUVELLE
                                                          United States District Judge

Date: May 9, 2007